MAX LIPKA, Respondent, v. DAVID WALKER et al., Doing Business as UP TO DATE YARN DYEING Co., Appellants.

Supreme Court, Appellate Term, Second Department, December 5, 1946.

*Harry Meisnere* for appellants.

*Max Lipka,* respondent in person.

MEMORANDUM *Per Curiam.* There was no evidence of a hiring for a definite period. Plaintiff's employment " on a weekly basis " at a stated weekly rate of compensation, without more, was an indefinite hiring which was terminable at the will of either party at any time. (*Watson* v. *Gugino,* 204 N. Y. 535; *Martin* v. *N. Y. Life Insurance Co.,* 148 N. Y. 117.) In the circumstances, defendants had a right to terminate the employment without rendering themselves liable for future wages. (*Walsh* v. *New York & Kentucky Co.,* 88 App. Div. 477.)

The judgment should be modified upon the law by reducing the amount of the recovery against defendants to $26.57, and as so modified affirmed, with $10 costs of this appeal to the appellants.

MacCrate, Steinbrink and Fennelly, JJ., concur.

Judgment accordingly.